UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN GABRIEL CARDENAS,

           Petitioner,

-vs-                                      Case No.  8:03-cv-762-T-17MAP

ROBERT O'CONNOR, WARDEN,

           Respondent.
_____

## **ORDER**

The Court denied Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  Petitioner has filed an application for certificate of appealability and a motion for leave to appeal in forma pauperis.

To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1]  Petitioner has failed to meet this standard.  Therefore, Petitioner has failed to satisfy the Slack test.

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

Accordingly, the Court orders:

1. That Petitioner's application for certificate of appealability (Doc. No. 14) is denied.

2. That Petitioner's motion for leave to appeal in forma pauperis (Doc. No. 15) is denied.

ORDERED in Tampa, Florida, on August 9, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Counsel of Record
Juan Gabriel Cardenas